ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Alsalam Aerospace Industries Company | ) ASBCA No. 64048 |
| | ) |
| Under Contract No. FA8505-16-G-0001 | ) |

APPEARANCE FOR THE APPELLANT:    Ms. Azza S. Jamjoom
                                                            Chief Financial Officer

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
                                                            DCMA Chief Trial Attorney
                                                          Joseph P. McCool, Esq.
                                                          Adrianne L. Goins, Esq.
                                                            Trial Attorneys
                                                            Defense Contract Management Agency
                                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 20, 2025

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64048, Appeal of Alsalam Aerospace Industries Company, rendered in conformance with the Board's Charter.

Dated:  August 20, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals